# WRIT OF EXECUTION

| United States District Court 4:17-cv-127 | DISTRICT<br>Eastern District of Virginia, Newport News Division |
|---|---|

| TO THE MARSHAL OF: Eastern District of Virginia, Newport News Division |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME<br>Orion Air Group, LLC<br>c/o Corporation Service Co.<br>100 Shockoe Slip, 2nd Floor,<br>Richmond, VA 23219 | Located at: Bank of America, NA<br>c/o CT Corporation System<br>4701 Cox Rd., Ste 285<br>Glen Allen, VA, 23060 |
|---|---|

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT<br>$10,951,897.10<br>Date of judgment: 9/28/2018 | DOLLAR AMOUNT<br>and |
|---|---|

In the United States District Court for the __Eastern__ District of __Virginia - Newport News__ before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Orion Air Group, LLC
1001 Providence Blvd.,
Newport News, VA, 23602

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  US District Court<br>2400 West Avenue | DISTRICT<br>Eastern district of Virginia - Newport News |
|---|---|
| CITY  Newport News, Virginia | DATE  May 13, 2020 at 11:00 AM |

Witness the Honorable _____
(United States Judge)

| DATE<br>March 19, 2020 | CLERK OF COURT<br>Fernando Galindo, Clerk<br>(BY) DEPUTY CLERK<br>/s/ A. Farlow |
|---|---|

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

## WRIT OF EXECUTION

| United States District Court 4:17-cv-127 | DISTRICT<br>Eastern District of Virginia, Newport News Division |
|---|---|

| TO THE MARSHAL OF: Eastern District of Virginia, Newport News Division |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME<br>Tempus Jet Centers II, LLC,<br>c/o Corporation Service Co.<br>100 Shockoe Slip, 2nd Floor,<br>Richmond, VA 23219 | Located at: Truist Bank<br>c/o CT Corporation System<br>4701 Cox Rd., Ste 285<br>Glen Allen, VA, 23060 |
|---|---|

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT<br>$10,951,897.10<br>Date of judgment: 9/28/2018 | DOLLAR AMOUNT<br>and |
|---|---|

In the United States District Court for the __Eastern__ District of __Virginia - Newport News__ before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Tempus Jet Centers II, LLC, c/o Corporation Service Co.
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE<br>US District Court<br>2400 West Avenue | DISTRICT<br>Eastern district of Virginia - Newport News |
|---|---|
| CITY<br>Newport News, Virginia | DATE<br>May 13, 2020 at 11:00 AM |

Witness the Honorable _____
(United States Judge)

| DATE<br>March 19, 2020 | CLERK OF COURT<br>Fernando Galindo, Clerk<br>(BY) DEPUTY CLERK<br>/s/ - A. Tarlow |
|---|---|

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

WRIT OF EXECUTION

| United States District Court 4:17-cv-127 | DISTRICT<br>Eastern District of Virginia, Newport News Division |
|---|---|

| TO THE MARSHAL OF: Eastern District of Virginia, Newport News Division |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME<br>JET STREAM CAPITAL, LLC,<br>5 Plum Thicket Road<br>Bluffton, South Carolina 29910 | Located at: Truist Bank<br>c/o CT Corporation System<br>4701 Cox Rd., Ste 285<br>Glen Allen, VA, 23060 |
|---|---|

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT<br>$10,951,897.10<br>Date of judgment: 9/28/2018 | and | DOLLAR AMOUNT |
|---|---|---|

In the United States District Court for the __Eastern__ District of __Virginia - Newport News__
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

JET STREAM CAPITAL, LLC,
5 Plum Thicket Road
Bluffton, South Carolina 29910

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE US District Court<br>2400 West Avenue | DISTRICT<br>Eastern district of Virginia - Newport News |
|---|---|
| CITY Newport News, Virginia | DATE May 13, 2020 at 11:00 AM |

Witness the Honorable _____
(United States Judge)

| DATE<br>March 19, 2020 | CLERK OF COURT<br>Fernando Galindo, Clerk<br>(BY) DEPUTY CLERK<br>/s/- A. Fawow |
|---|---|

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|