

Branch Banking and Trust Company

Deposit Operations
PO Box 1489
Lumberton, NC 28359

May 4, 2020

US District Court
2400 West Ave
Newport News VA 23607

Dear Court Officer:

RE: Client Name (**Jet Stream Capital LLC**)
    Case Number: 14:17 cv 127

Please be advised that Branch Banking and Trust Company ("BB&T") has merged with SunTrust Bank and formed Truist Bank, a North Carolina banking corporation ("Truist"). We have received the enclosed legal processes for the above-referenced defendant(s). In response to the legal documents served to BB&T, we collectively respond that the client(s) listed above have no accounts. The bank has no address information on file for this defendant

Should you have any questions, please contact us at the phone number listed below. Thank you.

Sincerely,

*Kim Mayes*

Kim Mayes
Deposit Operations Specialist
(910) 272-4247

Enclosures
Robert W Angie
1750 Tysons Blvd Ste 1000
McClenn VA 220120

[-Internal-]