# SUGGESTION FOR SUMMONS IN GARNISHMENT

**Return date and time:** May 13, 2020 at 11:00 A.M.

**CASE NO.:** 4:17-cv-127

**U.S. DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA** — Newport News DIVISION

**JUDGMENT CREDITOR:** name, address
Greensill Capital (UK) Ltd.,
6300 Cinnabar Ct, Warrington WA4 4QB,
United Kingdom

**JUDGMENT CREDITOR'S ATTORNEY:** name, address
Robert W. Angle, Greenberg Traurig LLP
1750 Tysons Blvd, Ste 1000, McLean, VA 22102
**Telephone No.:** 703-749-1391

**Suggested Garnishee:** name, address
Truist Bank, c/o CT Corporation System
4701 Cox Rd, Ste 285
Glen Allen, VA 23060

**JUDGMENT DEBTOR:** name, address
Jet Stream Capital, LLC
5 Plum Thicket Road
Bluffton, SC 29910

**Social Security No.:**
If garnishee is defendant's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

## STATEMENT

| | |
|---|---|
| $ 10,951,897.10 | Judgment Principal |
| | Credits |
| | Interest |
| | Judgment Costs |
| | Attorney's Fees |
| | Garnishment Costs |
| $ 10,951,897.10 | Total Balance Due |

The garnishee shall rely on this amount.

**ORIGINAL JUDGMENT**
DATE OF JUDGMENT: September 28, 2018

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**
☐ Support (if not specified, then 50%)
☐ 50% ☐ 55% ☐ 60% ☐ 65%
☐ state taxes, 100%

If none of the above are checked, then §34-29(a) applies.

Truist Bank f.k.a Branch Banking and Trust Company
___ No Funds
_X_ No Accounts
Processed by: Kim Mayes on May 01, 2020

I request the Clerk to summon the Suggested Garnishee to answer this suggestion. I have reason to believe that there is a liability on the suggested because of the execution of the "ORIGINAL JUDGMENT" described above, which
☒ involves a business, trade or professional credit transaction entered into on or after January 1, 1984.
☐ does not involve a business, trade or professional credit transaction entered into on or after January 1, 1984, and the undersigned represents that he has made a diligent good faith effort to secure the social security number of the judgment debtor
☒ and had been unable to do so.

I further certify that:
☐ (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☐ (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☐ (3) The summons is based upon a judgment granted against a debtor upon a debt due, or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his lawful dependents, and that it was not for luxuries or nonessentials; or
☐ (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
☐ (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
☐ (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown above.

**WARNING:** Any judgment creditor who knowingly gives false information in a suggestion for Summons in Garnishment shall be guilty of a Class 1 misdemeanor.

5/6/20
DATE SUBMITTED

[signature]
☐ JUDGMENT CREDITOR ☐ AGENT ☒ ATTORNEY

FORM NO. CC-1485 7/94 PC (I 14.3-021 5/94) Rev 1/02 EDVA-N