

May 07, 2020

Robert W Angle
1750 Tysons Blvd
Ste 1000
McClean, VA  22012

Regarding reference number: P050120000037
Case name: Orion Air Group LLC
Case number: 4:17-CV-127
Customer name: Orion Air Group LLC

# We've received a(n) Garnishment on the above referenced customer(s).

## What you need to know
We've completed our research and Bank of America, N. A. hereby files its answer to the above mentioned matter as follows:

No Accounts found

No further search will be made. This reply constitutes our compliance.

## What you need to do
If you need to forward any additional correspondence to us regarding this case, please mail it to the following address:

> Bank of America
> DE5-024-02-08
> P.O. Box 15047
> Wilmington, DE 19850

## Questions?
If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

cc: US District Court for the Eastern District of VA