

**Branch Banking and Trust Company**

Deposit Operations
PO Box 1489
Lumberton, NC 28359

May 4, 2020

US District Court Eastern District Virginia
2400 West Ave
Newport News VA 23607-4328

Dear Court Officer:

RE: Client Name (**Tempus Jet Center II LLC**)
       Case Number: 4:17 cv 127

Please be advised that Branch Banking and Trust Company ("BB&T") has merged with SunTrust Bank and formed Truist Bank, a North Carolina banking corporation ("Truist"). We have received the enclosed legal processes for the above-referenced defendant(s). In response to the legal documents served to BB&T, we collectively respond that the client(s) listed above have no accounts. The last known address for the defendant is 133 Waller Mill Rd Ste 100 Williamsburg VA 23185 and / or 2731 North Colony Rd Ste 1 Wallingford CT 06492 .

Should you have any questions, please contact us at the phone number listed below. Thank you.

Sincerely,

*Kim Mayes*
Kim Mayes
Deposit Operations Specialist
(910) 272-4247

Enclosures
Robert W Angle
1750 Tysons Blvd Ste 1000
McClean VA 22012

[-Internal-]